# AFFIDAVIT OF SERVICE

**Index #:** 1:18-cv-08179-NRB
**Date Filed:** September 11, 2018
**AOS Filed:** _____
**Court Date:** _____
**File No.:** _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ATTORNEY(S): FINK & KATZ, PLLC Jonathan A. Fink, Esq.
ADDRESS: 299 BROADWAY, STE. 1803 New York, NY 10007 PH:212-385-1373

**RAJI WILSON,**
*Plaintiff*

vs

**THE CITY OF NEW YORK, et al.,**
*Defendant*

---

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

__YOLER JEAN-BAPTISTE__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __September 19, 2018__ at __2:34 PM__ at __100 CHURCH STREET, NEW YORK, NY 10007__, deponent served the within **Summons In A Civil Action, Civil Cover Sheet, Complaint and Jury Demand**

with Index Number __1:18-cv-08179-NRB__, and Date Filed __September 11, 2018__ endorsed thereon,
on: **THE CITY OF NEW YORK - NEW YORK CITY LAW DEPARTMENT**, **Defendant** therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP./ENTITY** [X] By delivering to and leaving with **Ines Contreras - City Clerk** who indicated they were authorized to accept service on behalf of the Corporation/Entity.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to - a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on

**#5 MAIL COPY** [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

**Attempts**

**#7 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex __Female__ Color of skin __Brown__ Color of hair __Black__ Age __30-35 Yrs.__ Height __5ft4in - 5ft8in__ Weight __131-160 Lbs.__ Other Features: _____

**#8 WIT. FEES** [ ] $ _____ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [ ] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [ ]

Sworn to before me on this __21st__ day of September, 2018

KELLY GRAHAM
NOTARY PUBLIC, State of New York
No. 01GR6343995, Qualified in Nassau County
Commission Expires June 20, 2020

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2020

YOLER JEAN-BAPTISTE
Server's Lic #1139306
Work Order # 1112909

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE, STE. 150, WESTBURY, NY 11590 TEL 516-333-6380 FAX 516-333-6382    NYC DCA LIC. # 1381942