UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RAJI WILSON,

                           Plaintiff,

- against -

THE CITY OF NEW YORK, and CORRECTIONS
OFFICERS CARNES AND SMITH, and JOHN DOE #1
THROUGH #12 OF THE NEW YORK CITY
DEPARTMENT OF CORRECTION,

                           Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

18-CV-08179 (NRB)

        **PLEASE TAKE NOTICE** that **FRANK A. DELUCCIA**, Assistant Corporation Counsel, hereby appears as counsel of record for defendant City of New York, and requests that all future papers in this action be served upon the undersigned at the address stated below and copied to ecf@law.nyc.gov.

Dated:      New York, New York
             October 5, 2018

                                   ZACHARY W. CARTER
                                   Corporation Counsel of the
                                   City of New York
                                   *Attorney for Defendant City of New York*
                                   100 Church Street
                                   New York, New York 10007
                                   (212) 356-5054


                         By:              /s/
                                   Frank A. DeLuccia
                                   Assistant Corporation Counsel

TO:    All Counsel (by ECF)