

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET, Rm. 3-155<br>NEW YORK, NY 10007 | FRANK A. DELUCCIA<br>Assistant Corporation Counsel<br>Phone: (212) 356-5054<br>Fax: (212) 356-3559<br>fdelucci@law.nyc.gov |
|---|---|---|

**BY ECF**

Hon. Naomi R. Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/19
```

January 7, 2019

    Re:    Raji Wilson v. City of New York, et al., 18-CV-08179 (NRB)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. The parties jointly and respectfully request a 30-day extension of time, from January 9th, 2019 to February 6th, 2019, for defendants to answer, move or otherwise respond to the complaint. This is the first joint request for an extension and this extension does not affect any other scheduled dates in this matter. Defendant City has made two prior requests for an extension: the first request for an extension was granted on October 25th, 2018, and the second request for an extension was granted on December 7, 2018. *See* Docket Entry No. 19; Docket Entry No. 21.

    The reason for the joint request for an extension of time is that it has recently come to defendant City's attention that the plaintiff has an active lawsuit pending in Queens County Supreme Court filed by a different law firm that arises from the same incident as the incident giving rise to the instant matter. Plaintiff's counsel has represented that he will be conferring imminently with his client to address the duplicative pending lawsuits. The requested enlargement will allow plaintiff's counsel the opportunity to address the multiple pending lawsuits and potentially amend the complaint in the instant matter accordingly, while also preventing unnecessary motion practice and wasting the resources of the parties and the Court.

In light of the above, the parties jointly request that the Court grant defendants a 30-day extension of time, from January 9th, 2019 to February 6th, 2019, to answer, move, or otherwise respond to the complaint. Additionally, defendant City would hope that the Court may, *sua sponte*, extend the time to answer on behalf of all defendants including Officer Carnes and Officer Smith.

The parties thank the Court for its time and consideration of the within request.

*So Ordered.*

*Naomi Reice Buchwald, USDJ*
*1/9/19*

Respectfully submitted,

/s/

Frank A. DeLuccia
Assistant Corporation Counsel

FAD/m
cc:   Jonathan A. Fink, Esq. (by ECF)
      Brian L. Bromberg, Esq. (by ECF)