AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Raji Wilson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18-CV-8179 (NRB) |
| City of New York, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Raji Wilson.

Date:   02/06/2019

/s/ Brian L. Bromberg
*Attorney's signature*

Brian L. Bromberg
*Printed name and bar number*

Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004
*Address*

brian@bromberglawoffice.com
*E-mail address*

(212) 248-7906
*Telephone number*

(212) 248-7908
*FAX number*