

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-155
NEW YORK, NY 10007

FRANK A. DELUCCIA
Assistant Corporation Counsel
Phone: (212) 356-5054
Fax: (212) 356-3559
fdelucci@law.nyc.gov

Aril 15, 2019

**BY ECF**

Hon. Naomi R. Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Raji Wilson v. City of New York, et al.</u>, 18-CV-08179 (NRB)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. In compliance with the Court's order dated March 6, 2019 (Dkt. No. 27), I inform the Court that the Department of Corrections investigation arising from the March 27, 2017 incident alleged in plaintiff's complaint remains pending at this time.

                                      Respectfully submitted,

                                      /s/

                                      Frank A. DeLuccia
                                      Assistant Corporation Counsel

FAD/m
cc:    Jonathan A. Fink, Esq. (by ECF)
         Brian L. Bromberg, Esq. (by ECF)