

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET, Rm. 3-155<br>NEW YORK, NY 10007 | FRANK A. DELUCCIA<br>Assistant Corporation Counsel<br>Phone: (212) 356-5054<br>Fax: (212) 356-3559<br>fdelucci@law.nyc.gov |
|---|---|---|

**BY ECF**

Hon. Naomi R. Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/19

May 14, 2019

Re:   Raji Wilson v. City of New York, et al., 18-CV-08179 (NRB)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. In regards to the Court's order on March 6, 2019, the Department of Corrections investigation arising from the March 27, 2017 incident alleged in plaintiff's complaint concluded on May 3, 2019. Notification of the conclusion was thereafter made to my office on May 13, 2019. As a result of the conclusion of the investigation, Defendant City respectfully requests that the Court lift the stay in this action and impose a date by which Defendant City and the individually named defendants must answer, move, or otherwise respond to the complaint.

Respectfully submitted,

/s/

Frank A. DeLuccia
Assistant Corporation Counsel

*[Handwritten annotation:]* Application granted. The defendants should answer or otherwise comply with this Court's Individual Practices no later than June 5, 2019.
So Ordered.
Naomi Reice Buchwald, USDJ
May 15, 2019

FAD/m
cc:   Jonathan A. Fink, Esq. (by ECF)
      Brian L. Bromberg, Esq. (by ECF)