UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Raji Wilson

                 Plaintiff,

      -against-

City of New York, et al.

                 Defendant.
------------------------------------------------------

Case No. 18-CV-8179 (NRB)

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Brian Lewis Bromberg**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: BB 6264    My State Bar Number is 2441947

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Bromberg Law Office, P.C.
                  FIRM ADDRESS: 26 Broadway, 21st Floor, NY, NY 10004
                  FIRM TELEPHONE NUMBER: 212-248-7906
                  FIRM FAX NUMBER: 212-248-7908

NEW FIRM:    FIRM NAME: Bromberg Law Office, P.C.
                  FIRM ADDRESS: 26 Broadway, 27th Floor, NY, NY 10004
                  FIRM TELEPHONE NUMBER: 212-248-7906
                  FIRM FAX NUMBER: 212-248-7908

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 6/2/2019                                /s/ Brian Lewis Bromberg
                                                            ATTORNEY'S SIGNATURE