

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET, Rm. 3-155<br>NEW YORK, NY 10007 | FRANK A. DELUCCIA<br>Senior Counsel<br>Phone: (212) 356-5054<br>Fax: (212) 356-3559<br>fdelucci@law.nyc.gov |
|---|---|---|

December 13, 2019

**BY ECF**
Hon. Naomi R. Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*ENDORSEMENT*

*A settlement conference is scheduled for January 21, 2020 at 11 a.m.*

*So Ordered*
*Naomi Reice Buchwald,*
*USDJ*
*December 16, 2019*

Re: Raji Wilson v. City of New York, et al., 18-CV-08179 (NRB)(GWG)

Your Honor:

      I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. I write on behalf of the parties to apprise the Court of the status of the above-referenced matter. To date, the parties have exchanged extensive discovery and are expecting receipt of additional materials within the coming days. As a result, the parties agree that they will soon be in a position to proceed with a settlement conference. Therefore, the parties request that a settlement conference be scheduled in this matter for a date convenient for the Court following Monday January 20, 2020. The parties propose this schedule in order to avoid anticipated absences and previously scheduled conflicts among counsel that exist prior to January 20, 2020.

      The parties thank the Court for its time and consideration of the within.

Respectfully submitted,

*Frank A. DeLuccia* /s/

Frank A. DeLuccia
Senior Counsel

FAD/m
cc:    Jonathan A. Fink, Esq. (by ECF)
        Brian L. Bromberg, Esq. (by ECF)