# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)      26 Broadway, 27th Floor
Joshua Tarrant-Windt (Admitted in NY)       New York, NY 10004
                          Phone: (212) 248-7906
                          Fax: (212) 248-7908

February 13, 2020

Via ECF
Honorable Naomi R. Buchwald, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: _Raji Wilson v. City of New York, et al._, 18-CV-08179 (NRB)

Dear Judge Buchwald:

Together with co-counsel, my office represents the plaintiff, Raji Wilson, in the above-referenced matter. We write jointly with counsel for defendants to provide a status update.

A settlement conference had been scheduled for January 21, 2020. During a preliminary telephone conference with the parties on January 7, 2020, Your Honor recommended that the parties review all discovery and attempt to come to a resolution of Mr. Wilson's claims before requesting a settlement conference.

Since that time, the parties have worked diligently to review the relevant materials. Technological difficulties have prevented plaintiff's counsel from viewing certain files but these should be resolved in the next week. The parties remain committed to resolving this matter. We therefore respectfully request additional time to engage in settlement discussions before holding a settlement conference in late March or otherwise proceeding with litigation.

Respectfully,

/s/ Brian L. Bromberg
Brian L. Bromberg

cc: All Counsel of Record (Via ECF)