UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
RAJI WILSON,

             Plaintiff,                           **O R D E R**

        - against -                     18 Civ. 8179 (NRB)

THE CITY OF NEW YORK, and CORRECTION
OFFICERS SHAWN CARNES and KHADINE
SMITH, CORRECTION OFFICERS ALASON
HENRY, DANIEL ORTIZ, EDWIN LOPERA,
OSWALD HYPPOLITE, and TE-ART JACKSON,
and CAPTAINS WALTER ROSS, MARK DANIELS,
and CHERYL BELL, of the NEW YORK CITY
DEPARTMENT OF CORRECTION

             Defendants.
----------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** Bromberg Law Office, P.C. and Fink & Katz, PLLC (together, the "Law Offices") have filed a motion to withdraw as counsel for plaintiff Raji Wilson (ECF No. 62 (the "Motion to Withdraw")); and

    **WHEREAS** on June 7, 2021, this Court ordered (1) that the Law Offices serve the Motion to Withdraw and the Court's Order to plaintiff pursuant to Local Civil Rule 1.4; (2) that plaintiff shall have 30 days to object to the Motion to Withdraw, retain new counsel, or inform the Court that he intends to appear on his own behalf; (3) that unless plaintiff showed good cause for why the Motion to Withdraw should not be granted, it would be granted upon expiration of the 30-day

1

period; and (4) that proceedings in this case would otherwise be stayed for the 30-day period (ECF No. 63 (the "June 7 Order")); and

**WHEREAS** the Law Offices have served plaintiff with the Motion to Withdraw and the June 7 Order; and

**WHEREAS** more than thirty days have passed since the Court issued the June 7 Order and the Court has received no communication from plaintiff regarding the June 7 Order or otherwise; it is hereby

**ORDERED** that the Motion to Withdraw is **GRANTED**; and it is further

**ORDERED** that the stay on this case is lifted.

DATED:   New York, New York
         July 22, 2021

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE