```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
RAJI WILSON,

                Plaintiff,                    O R D E R

         - against -                          18 Civ. 8179 (NRB)

THE CITY OF NEW YORK, and CORRECTION
OFFICERS SHAWN CARNES and KHADINE
SMITH, CORRECTION OFFICERS ALASON
HENRY, DANIEL ORTIZ, EDWIN LOPERA,
OSWALD HYPPOLITE, and TE-ART JACKSON,
and CAPTAINS WALTER ROSS, MARK DANIELS,
and CHERYL BELL, of the NEW YORK CITY
DEPARTMENT OF CORRECTION

                Defendants.
---------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** counsel for plaintiff had previously moved to withdraw as counsel, citing irreconcilable differences between themselves and plaintiff (ECF No. 62); and

**WHEREAS** this Court issued an order on June 7, 2021, allowing plaintiff "30 days to object to the Motion to Withdraw, or retain new counsel, or inform the Court that he intends to appear on his own behalf" (ECF No. 63); and

**WHEREAS**, receiving no response from plaintiff, the Court granted plaintiff's counsel's motion to withdraw on July 22, 2021 (ECF No. 65); and

**WHEREAS** the Court has not received any subsequent communication from plaintiff since our order of June 7, 2021 a

1

period of approximately three months; it is hereby

**ORDERED** that this case is dismissed for failure to prosecute. The Clerk of Court is respectfully directed to close this case.

DATED:   New York, New York
         August 26, 2021

                                               NAOMI REICE BUCHWALD
                                               UNITED STATES DISTRICT JUDGE

**A copy of this order has been mailed to plaintiff at the following address:**

Raji Wilson, DIN #17A5025
Clinton Correctional Facility
1156 State Route 374
Dannemora, NY 12929

3